1  MAURICE SUH, SBN 147485
       msuh@gibsondunn.com
2  DANIEL WEISS, SBN 242022
       dweiss@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone:   213.229.7000
5  Facsimile:   213.229.7520

6  Attorneys for Applicant,
   Her Majesty The Queen

7



8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  *In re* Application of:                CASE NO. 2:13MC 144

12  Her Majesty The Queen,                 **DECLARATION OF DANIEL L.
                                           WEISS IN SUPPORT OF *EX PARTE*
13                Applicant,               APPLICATION FOR AN ORDER
                                           UNDER 28 U.S.C. § 1782 FOR THE
14  For the Issuance of a Subpoena for the ISSUANCE OF A SUBPOENA TO
    Taking of a Deposition In A Foreign    PAUL SLOAN FOR THE TAKING OF
15  Proceeding Pursuant to 28 U.S.C.       A DEPOSITION FOR USE IN A
    § 1782                                 FOREIGN PROCEEDING**

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

## DECLARATION OF DANIEL L. WEISS

I, Daniel L. Weiss, declare as follows:

1.      I am an associate at Gibson, Dunn & Crutcher LLP and I am one of the attorneys for Her Majesty The Queen (the "Crown") in connection with its *Ex Parte* Application For An Order Under 28 U.S.C. § 1782 For the Issuance Of A Subpoena To Paul Sloan For The Taking Of A Deposition For Use In A Foreign Proceeding. Unless otherwise indicated, I have personal knowledge of the matters set forth herein, and would testify to these facts if called upon to do so.

2.      Attached as Exhibit A is a Subpoena To Testify At A Deposition In A Civil Action directed to Paul Sloan for a deposition on June 6 & 7, 2013 (the "Subpoena").

3.      Attached as Exhibit B is a true and correct copy of an Accurint Comprehensive Report for Paul Sloan.

4.      The Crown intends to serve Paul Sloan with the Subpoena within the boundaries of the Central District of California.

I declare under the penalty of perjury that the foregoing is true and correct.


Executed this 19th day of April, 2013, at Los Angeles, California.

DANIEL L. WEISS

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | | |
|---|---|---|
| In re Application of: Her Majesty The Queen | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| _Defendant_ | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Paul Sloan, 6041 Fernwood Avenue, Woodland Hills, CA 91367-3117

☑ _Testimony:_  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is _not_ a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Gibson, Dunn & Crutcher LLP,<br>333 South Grand Ave., Los Angeles, CA 90071 | Date and Time:<br>June 6 & 7, 2013 at 9:30 a.m. |
|---|---|

The deposition will be recorded by this method:   Stenographic, audio and video.

☐ _Production:_  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   _____

_CLERK OF COURT_

OR

_____                    _____
_Signature of Clerk or Deputy Clerk_                    _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_     Her Majesty The Queen
_____ , who issues or requests this subpoena, are:

Maurice M. Suh, CA SBN 147485, MSuh@gibsondunn.com
Gibson, Dunn & Crutcher LLP, 333 South Grand Ave., Los Angeles, CA 90071

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*

was received by me on *(date)*                .

❏ I served the subpoena by delivering a copy to the named individual as follows:

_____                        on *(date)*                ; or

❏ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                        .

My fees are $                        for travel and $                        for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

**Exhibit B**

Comprehensive Report



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state´s Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** No Permissible Purpose
**Your GLBA Permissible Use:** Required Institutional Risk Control

## Comprehensive Report

**Date:** 03/18/13
**Reference Code:** 23244-00001 D. Weiss

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: **PAUL M SLOAN**
Date of Birth: **1/xx/1936**
Age: **77**
SSN: **162-30-xxxx** issued in **Pennsylvania**
between **1/1/1953** and **12/31/1956**

**AKAs**
**(Names Associated with Subject)**
**PAUL SLOAN**
  Age: **77**  SSN: **162-30-xxxx**
**P SLOAN**
  Age: **77**  SSN: **162-30-xxxx**
**PAUL SOLAN**
  Age: **77**  SSN: **162-30-xxxx**
**PAUL M SLOANE**
  Age: **77**  SSN: **162-30-xxxx**
**PAUL SLOAN**
  Age: **77**  SSN: **162-30-xxxx**

**Indicators**

Bankruptcy: **Yes**
Property: **No**
Corporate Affiliations: **Yes**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
  DOROTHY R BARILLIO  DOB: 7/xx/1932
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  DOROTHY R BARIGLIO  DOB: 7/xx/1934
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  D R BARIGLIO  DOB: 7/xx/1932
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  DOROTHY BARIGLIO  DOB: 7/xx/1932
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  DOROTHY R BARIGILO  DOB: 7/xx/1932
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  DOROTHY BERIGLIO  DOB: 7/xx/1932
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  DOROTHY R BARIGILIO  DOB: 7/xx/1932
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  DOROTHY R BARILIO  DOB: 7/xx/1932
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  DOROTHY R BARIGILIO  DOB: 7/xx/1932
  162-36-xxxx issued in Pennsylvania between 1/1/1961 and 12/31/1963
  VIVIAN R GREENE  DOB: 9/xx/1948
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  VIVIAN GREENE  DOB: 9/xx/1948
  162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
  VIVIAN R GREENBERG  DOB: 9/xx/1948

Comprehensive Report

162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
VIVIAN RAE GREENBERG  DOB: 9/xx/1948
162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
VIVIAN I GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREEN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN G SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN RAE GREENE  DOB: 9/1950
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN R GREENE  DOB: 9/1950
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENBERG  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN GREEN  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN I GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN RAE GREENBERG HI  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN RAE GREENE  DOB: 9/xx/1948
534-14-xxxx issued in Washington between 1/1/1936 and 12/31/1951
VIVIAN RAE GREENBERG  DOB: 9/xx/1948
534-14-xxxx issued in Washington between 1/1/1936 and 12/31/1951
VIVIAN SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN I GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN SLOAN  DOB: 1949
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN R GREENBERG  DOB: 9/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
V GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN RAE GREENBERG  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN G SLOANE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
IVIAN G SLOANE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE I  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN SLOAN  DOB: 9/1950
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN I GREENE  DOB: 9/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN RAE GREENE  DOB: 9/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN GREENE I  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN GREENE  DOB: 9/xx/1948
534-14-xxxx issued in Washington between 1/1/1936 and 12/31/1951
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENESLOANE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GRE SLOAN  DOB: 9/xx/1948

Comprehensive Report

534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE SLOAN DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENBERG DOB: 9/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENE DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GRE DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GRE DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE SLOAN DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENESLOANE DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE SLOAN DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
GREEN VIVIAN DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE DOB: 1949
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN I GREENE    DOB: 9/xx/1948

**Comprehensive Report Summary:**
Bankruptcies:
  1 Found
Liens and Judgments:
  6 Found
UCC Filings:
  None Found
Phones Plus:
  3 Found
People at Work:
  9 Found
Address(es) Found:
  0 Verified and 14 Non-Verified Found
Possible Properties Owned:
  None Found
Watercraft:
  None Found
FAA Certifications:
  None Found
FAA Aircrafts:
  None Found
Possible Criminal Records:
  None Found
Sexual Offenses:
  None Found
 Florida Accidents:
  None Found
Professional Licenses:
  None Found
Voter Registration:
  None Found
Hunting/Fishing Permit:
  None Found
Concealed Weapons Permit:
  None Found
Possible Relatives:
  1st Degree - 9 Found
  2nd Degree - None Found
  3rd Degree - None Found

## Comprehensive Report

**Address Summary:** ⟨icon⟩

6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Feb 2013)
401 E 80TH ST APT 22G-E, NEW YORK  NY 10075-0655, NEW YORK COUNTY (Apr 1990 - Apr 2009)
2632 LA COSTA AVE 1320, CARLSBAD  CA 92009-7324, SAN DIEGO COUNTY (Jun 1970 - Dec 2001)
1977 NE 119TH RD, NORTH MIAMI  FL 33181-3319, MIAMI-DADE COUNTY (Jan 1983 - May 1997)
1977 NW 119 RD, NORTH MIAMI  FL 33181, MIAMI-DADE COUNTY (Oct 1993 - Mar 1997)
2029 CENTURY PARK E STE 500, LOS ANGELES  CA 90067-2906, LOS ANGELES COUNTY (Jan 1983 - Apr 1995)
214 E 78TH ST, NEW YORK  NY 10075-2002, NEW YORK COUNTY ( 1983 - Dec 1990)
1977 NW 119TH ST, MIAMI  FL 33167-2739, MIAMI-DADE COUNTY (Apr 1985 - Apr 1986)
CHURCH RD APT U1, MAPLE SHADE  NJ 08052, BURLINGTON COUNTY (Dec 1984 - Apr 1986)
200 PARK AVE APT, NEW YORK  NY 10166-0005, NEW YORK COUNTY (Jun 1970 - Apr 1986)
1977 1, MIAMI  FL 33181, MIAMI-DADE COUNTY (Jan 1983 - Apr 1985)
2366 BOWMONT DR, BEVERLY HILLS  CA 90210-1809, LOS ANGELES COUNTY ( 1983 - Apr 1985)
83 CHURCHILL RD, CHERRY HILL  NJ 08034-2605, CAMDEN COUNTY (Jan 1983)
50 BELMONT AVE APT 1114, BALA CYNWYD  PA 19004-2446, MONTGOMERY COUNTY (Jun 1970)

**Bankruptcies:** ⟨icon⟩
Date Filed: 08/19/1994   Chapter: 7   Disposition Date: 12/27/1994   Disposition: Discharged
Filing Status: INDIVIDUAL
Case Number: 9440763        Court Location: CALIFORNIA CENTRAL - WOODLAND HILLS


Debtor: PAUL SLOAN

SSN:  162-30-xxxx
Debtor Address: 6041 FENWOOD AVE, WOODLAND HLS  CA 91367-3117

Debtor is self-represented: No
Liabilities:       Assets:

Attorney: PLOTKIN RAPOPORT AND NAHMIAS
FEIN:  95-3513220
Attorney Address: 16633 VENTURA BLVD, ENCINO  CA 91436-1801
Attorney Phone Number: 818-906-1600 - PDT

Attorney: GARY A PLOTKIN

SSN:  372-34-xxxx
Attorney Address: 16633 VENTURA BLVD, ENCINO  CA 91436-1801
Attorney Phone Number: 818-906-1600 - PDT

Judge Assigned: AG
Creditors Meeting Date: 09/21/1994
Creditors Meeting Time:
Creditors Meeting Location:

Complaints Deadline:
Claims Deadline:


**Liens and Judgments:** ⟨icon⟩
Filing Number:  94881875
Filing Type:  FEDERAL TAX LIEN
Location:  LA COUNTY / RECORDER OF DEEDS
State:  CA
Original Filing Date: 5/6/1994
Amount: $471,646
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 6041 FENWOOD AVE, WOODLAND HLS  CA 91367-3117
Debtor Name: SLOAN, GLORIA
Debtor SSN:
Debtor Address: 6041 FENWOOD AVE, WOODLAND HLS  CA 91367-3117
Creditor: IRS

Filing Number:  94881876
Filing Type:  FEDERAL TAX LIEN
Location:  LA COUNTY / RECORDER OF DEEDS
State:  CA

Comprehensive Report

Original Filing Date: 5/6/1994
Amount: $856,298
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 6041 FENWOOD AVE, WOODLAND HLS  CA 91367-3117
Creditor: IRS

Filing Type:  FEDERAL TAX LIEN
State:  NY
Original Filing Date: 11/5/1993
Amount: $856,298
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 401 E 80TH ST, NEW YORK  NY 10021-0655
Creditor:

Filing Number:  97148404
Filing Type:  FEDERAL TAX LIEN RELEASE
Book/Page: 17590/3298
Location:  DADE COUNTY CIRCUIT COURT
State:  FL
Original Filing Date: 10/20/1993
Release Date:  4/7/1997
Amount: $416,166
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 1977 NE 119TH RD, NORTH MIAMI  FL 33181-3319
Creditor: IRS

Filing Number:  97R148404
Filing Type:  FEDERAL TAX LIEN RELEASE
Book/Page: 17590/3298
Location:  DADE COUNTY CIRCUIT COURT
State:  FL
Original Filing Date: 10/20/1993
Release Date:  3/30/1997
Amount: $416,166
Debtor Name: SOLAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 1977 NW 119 RD, NORTH MIAMI  FL 33181
Creditor: IRS

Filing Type:  FEDERAL TAX LIEN
State:  NY
Original Filing Date: 4/25/1990
Amount: $475,993
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 401 E 80TH ST, NEW YORK  NY 10021-0655
Creditor: UNION CHELSEA NAT BANK

**UCC Filings:**
[None Found]

**Phones Plus(s):**
**Phones Plus 1**
Name: SLOAN, PAUL
Address: 6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117
Phone Number: 818-348-1553 - PDT
Phone Type: Residential
Carrier: PACIFIC BELL - (CANOGA PARK, CA)

**Phones Plus 2**
Name: SLOAN, PAUL
Address: 6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117
Phone Number: 818-348-5980 - PDT
Phone Type: Residential
Carrier: PACIFIC BELL - (CANOGA PARK, CA)

Comprehensive Report

**Phones Plus 3**
Name: SLOAN, PAUL
Address: 6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117
Phone Number: 818-883-7770 - PDT
Phone Type: Residential
Carrier: PACIFIC BELL - (CANOGA PARK, CA)

**People at Work:**
*Maximum 50 People at Work records returned*
Name: PAUL SLOAN
Title: PRIN
SSN: 162-30-xxxx
Company: PAUL SLOAN
Address:  WOODLAND HILLS  CA
Phone:
FEIN:
Dates: Jan 27, 2010 -  Dec 11, 2012

Name: PAUL SLOAN
Title: PRESIDENT
SSN: 162-30-xxxx
Company: COLEMAN FINE ARTS, LTD.
Address: 2029 CENTURY PARK STE 400, WOODLAND HILLS  CA 91367
Phone:
FEIN:
Dates: Oct 1, 2001 -  Dec 4, 2012

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: INTERCHANGE CORP
Phone:
FEIN:
Dates: May 31, 2005 -  Jun 8, 2005

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: INTERCHANGE ORDINARY
Phone:
FEIN:
Dates: May 31, 2005 -  Jun 8, 2005

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: LOCAL.COM CORP
Phone:
FEIN:
Dates: May 31, 2005 -  Jun 8, 2005

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: SILVER FINE ARTS, INC.
Address: 6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117
Phone: 818-348-1553 - PDT
FEIN: 95-4815723
Dates: Sep 1, 2000 -  Jun 18, 2002

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: COLEMAN FINE ARTS , LTD.
Address: 6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117
Phone: 818-348-1553 - PDT
FEIN: 95-4704210
Dates: Sep 1, 1999 -  Jun 11, 2001

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: MANGOSOFT INC
Phone:
FEIN:

Comprehensive Report

Dates: Sep 8, 1999 - Oct 23, 2000

Name: PAUL M SLOAN
Title: DIRECTOR
SSN: 162-30-xxxx
Company: WORLDCO LLC
Address: 110 WALL ST, NEW YORK  NY 10005-3801

Phone: ✔212-509-6648
FEIN: 13-3814016
Dates:


**Previous And Non-Verified Address(es):**
6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Feb 2013)
    **Name Associated with Address:**
        PAUL SLOAN
        **Current Residents at Address:**
        PAUL M SLOAN
        BOBBI HELEN SLOAN
401 E 80TH ST APT 22G-E, NEW YORK  NY 10075-0655, NEW YORK COUNTY (Apr 1990 - Apr 2009)
    **Name Associated with Address:**
        PAUL M SLOAN
2632 LA COSTA AVE 1320, CARLSBAD  CA 92009-7324, SAN DIEGO COUNTY (Jun 1970 - Dec 2001)
    **Name Associated with Address:**
        PAUL M SLOAN
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 216-280-06-00
            Owner Name: KRISTIE LAMBERT
            Property Address: - 2632 LA COSTA AVE, CARLSBAD  CA 92009-7324, SAN DIEGO COUNTY
            Owner Address: 2632 LA COSTA AVE, CARLSBAD  CA 92009-7324, SAN DIEGO COUNTY
            Assessed Value - $775,000
            Year Built - 1977
            Legal Description - LOT 335
            Data Source - B
1977 NE 119TH RD, NORTH MIAMI  FL 33181-3319, MIAMI-DADE COUNTY (Jan 1983 - May 1997)
    **Name Associated with Address:**
        PAUL M SLOAN
        **Current Residents at Address:**
        JOHN ARTHUR HEIDT
        JAMES K BUCKMAN II
        JAMES M LITTLE
        RAYMOND CHARLES PREESCHL II
        MARK WELLS
        305-640-8847 - EDT WELLS MARK
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 06-2228-011-3400
            Book - 23966
            Page - 3463
            Owner Name: JAMES LITTLEJOHN
            Owner Name 2: LEROY WILLIAMS
        Other Owners: ROBER CLARK
            Property Address: - 1977 NE 119TH RD, NORTH MIAMI  FL 33181-3319, MIAMI-DADE COUNTY
            Owner Address: 1977 NE 119TH RD, NORTH MIAMI  FL 33181-3319, MIAMI-DADE COUNTY
            Sale Date - 10/20/2005
            Sale Price - $2,000,000
            Land Usage - SFR
            Subdivision Name - SANS SOUCI ESTATES
            Total Market Value - $724,780
            Assessed Value - $724,780
            Land Value - $152,250
            Improvement Value - $572,530
            Land Size - 9,375 Square Feet
            Year Built - 1961
            Seller Name: MORERA ALEXANDER
            Legal Description - 28 33 52 42 SANS SOUCI ESTS PB 50-86 LOT 103 BLK 14 LOT SIZE 75.000 X 125 OR 20516-4414 05 2002 1 COC
26198-1620 11 2005 5
            Loan Amount - $1,500,000

Comprehensive Report

      Loan Type - CONVENTIONAL
      Lender Name - LANCASTER MTG BANKERS
      Data Source - A
**1977 NW 119 RD, NORTH MIAMI FL 33181, MIAMI-DADE COUNTY (Oct 1993 - Mar 1997)**
   **Name Associated with Address:**
      PAUL SOLAN
**2029 CENTURY PARK E STE 500, LOS ANGELES CA 90067-2906, LOS ANGELES COUNTY (Jan 1983 - Apr 1995)**
   **Name Associated with Address:**
      PAUL SLOAN
      310-277-3373 - PDT MACIAS GINI & O'CONNELL LLP
   **Property Ownership Information for this Address**
      **Property:**
         Parcel Number - 4319-016-029
         Owner Name: ONE HUNDRED TOWERS LLC
         Property Address: - 2029 CENTURY PARK E, LOS ANGELES CA 90067-2901, LOS ANGELES COUNTY
         Owner Address: 2049 CENTURY PARK E STE 2650, LOS ANGELES CA 90067-3201, LOS ANGELES COUNTY
         Sale Price - $75,504,750
         Subdivision Name - 51450
         Assessed Value - $295,127,006
         Land Size - 100,465 Square Feet
         Year Built - 1973
         Seller Name: DELTA TOWERS JV
         Legal Description - TR=51450A LOT 1
         Data Source - A
**214 E 78TH ST, NEW YORK NY 10075-2002, NEW YORK COUNTY ( 1983 - Dec 1990)**
   **Name Associated with Address:**
      PAUL SLOAN
      **Current Residents at Address:**
      PAMELA EHRENKRANZ
      DANIEL ISAAC DEWOLF
      SUSAN E DEWOLF
      WENDY E DEWOLF
**Current phones listed at this address:**
      212-517-4095 - EDT DEWOLF DANIEL
      212-517-7832 - EDT DEWOLF DANIEL
   **Property Ownership Information for this Address**
      **Property:**
         Parcel Number - 01432-0042
         Book - 2309
         Page - 958
         Owner Name: PAMELA EHRENKRANZ
         Property Address: - 214 E 78TH ST, NEW YORK NY 10075-2002, NEW YORK COUNTY
         Owner Address: 214 E 78TH ST, NEW YORK NY 10075-2002, NEW YORK COUNTY
         Land Usage - SINGLE FAMILY RESIDENTIAL
         Total Market Value - $3,850,000
         Assessed Value - $156,514
         Land Value - $2,480,000
         Improvement Value - $1,370,000
         Land Size - 1362 SF
         Year Built - 1899
         Data Source - B
**1977 NW 119TH ST, MIAMI FL 33167-2739, MIAMI-DADE COUNTY (Apr 1985 - Apr 1986)**
   **Name Associated with Address:**
      PAUL SLOAN
      305-640-8847 - EDT WELLS MARK
**CHURCH RD APT U1, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Dec 1984 - Apr 1986)**
   **Name Associated with Address:**
      PAUL M SLOAN
**200 PARK AVE APT, NEW YORK NY 10166-0005, NEW YORK COUNTY (Jun 1970 - Apr 1986)**
   **Name Associated with Address:**
      PAUL SLOAN
      667-7991
   **Property Ownership Information for this Address**
      **Property:**
         Parcel Number - 1280-9010
         Owner Name: CB RICHARD ELLIS INC
         Property Address - 200 PARK AVE, NEW YORK NY 10166-0005, NEW YORK COUNTY
         Owner Address: 100 N SEPULVEDA BLVD UNIT 10TH, EL SEGUNDO CA 90245-4359, LOS ANGELES COUNTY
         Sale Date - 02/03/2010
         Data Source - A

Comprehensive Report

1977 1, MIAMI  FL 33181, MIAMI-DADE COUNTY (Jan 1983 - Apr 1985)
**Name Associated with Address:**
PAUL SLOAN
2366 BOWMONT DR, BEVERLY HILLS  CA 90210-1809, LOS ANGELES COUNTY ( 1983 - Apr 1985)
**Name Associated with Address:**
PAUL SLOAN
**Current Residents at Address:**
JERI J WEISS
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 4388-013-033
Owner Name: GERALDINE J WEISS
Property Address: - 2366 BOWMONT DR, BEVERLY HILLS  CA 90210-1809, LOS ANGELES COUNTY
Owner Address: 2366 BOWMONT DR, BEVERLY HILLS  CA 90210-1809, LOS ANGELES COUNTY
Subdivision Name - 8841
Assessed Value - $542,752
Land Size - 9,801 Square Feet
Year Built - 1961
Legal Description - TRACT # 8841 SW 65 FT MEASURED AT R/A TO SW LINE OF LOT 9
Data Source - A
83 CHURCHILL RD, CHERRY HILL  NJ 08034-2605, CAMDEN COUNTY (Jan 1983)
**Name Associated with Address:**
PAUL SLOAN
**Current Residents at Address:**
MOHAMMED MOHAMMED RAFIQUE
MOHAMMED S RAFIQUE
JOBAIBA GULSANARA
MOHAMMED RAFIQUE ALAM
T RAHMAN
856-616-1012 - EDT GULSANARA JOBAIBA
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 09-00397-04-00011
Book - 7941
Page - 1416
Owner Name: MOHAMMED RAFIQUE
Property Address: - 83 CHURCHILL RD, CHERRY HILL  NJ 08034-2605, CAMDEN COUNTY
Owner Address: 83 CHURCHILL RD, CHERRY HILL  NJ 08034-2605, CAMDEN COUNTY
Sale Date - 07/28/2005
Sale Price - $190,000
Land Usage - SFR
Total Market Value - $80,800
Assessed Value - $80,800
Land Value - $28,800
Improvement Value - $52,000
Land Size - 6,400 Square Feet
Year Built - 1945
Seller Name: MELISSA B MILLER
Loan Amount - $152,000
Loan Type - CONVENTIONAL
Lender Name - QUICKEN LNS
Data Source - A
50 BELMONT AVE APT 1114, BALA CYNWYD  PA 19004-2446, MONTGOMERY COUNTY (Jun 1970)
**Name Associated with Address:**
PAUL M SLOAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 40-00-05081-711
Book - 5416
Page - 1076
Owner Name: RUTH M ELLENBOGEN
Property Address: - 50 BELMONT AVE APT 1114, BALA CYNWYD  PA 19004-2446, MONTGOMERY COUNTY
Owner Address: 50 BELMONT AVE APT 1114, BALA CYNWYD  PA 19004-2446, MONTGOMERY COUNTY
Sale Date - 05/20/2002
Sale Price - $157,500
Land Usage - CONDOMINIUM
Subdivision Name - SUTTON TERRACE CONDO
Assessed Value - $118,290
Land Size - 1,303 Square Feet
Year Built - 1960

Comprehensive Report

Seller Name: MICHELLE T ELLENBOGEN
Legal Description - CONDO 1114
Loan Amount - $118,125
Loan Type - CONVENTIONAL
Lender Name - WASHINGTON MUTUAL BK FA
Data Source - A

**Possible Properties Owned by Subject:**
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Florida Accidents:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Firearms and Explosives:**
[None Found]

**DEA Controlled Substances:**
[None Found]

**Possible Relative Summary:**
> JULIUS M SLOAN , Age 110
>> JULIUS M SLOAN  - (AKA), Age 101
>> JULES SLOAN  - (AKA)
> GLORIA SLOAN
> STEPHEN L SLOAN , Age 71
>> STEVEN L SLOAN  - (AKA), Age 71
>> STEVEN SLOAN  - (AKA), Age 71
>> STEVE FLOAN  - (AKA), Age 72
>> STEVEN L SLOAN  - (AKA), Age 71
>> STEPHANIE L SLOAN  - (AKA), Age 71
>> STEVE SLOAN  - (AKA), Age 71
>> STEPHEN L SLOAN  - (AKA), Age 71
>> STEVE SLOAN  - (AKA), Age 71
>> STEVEN SLOAN  - (AKA), Age 71
> STEPHANIE R SLOAN , Age 49
> STEPHANIE SLOAN , Age 71
> JULIUS M SLOAN , Age 71
> LILLIE SLOAN

Comprehensive Report

> **D** PRISCILLA B SLOAN , Age 95
>> **D** PRISCILLA H SLOAN - (AKA), Age 95
>> **D** P SLOAN - (AKA), Age 95
> LISA SLOAN

**Possible Relatives:** nii

**D** JULIUS M SLOAN DOB: 10/xx/1902 DOD:1/8/1992 Age at Death: 89 (Born 110 years ago)
183-05-xxxx issued in Pennsylvania between 1/1/1936 and 12/31/1951
**Names Associated with Relative:**

**D** JULIUS M SLOAN DOB: 1912 DOD:1/8/1992 Age at Death: 89 (Born 101 years ago)
183-05-xxxx issued in Pennsylvania between 1/1/1936 and 12/31/1951

**D** JULES SLOAN DOD:1/8/1992 Age at Death: 89 (Born years ago)
183-05-xxxx issued in Pennsylvania between 1/1/1936 and 12/31/1951

**Previous And Non-Verified Address(es):**

**S** 2632 LA COSTA AVE 1320, CARLSBAD CA 92009-7324, SAN DIEGO COUNTY (Jul 1994 - Mar 2012)
PICK WICK APT V1, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Jan 1994 - Sep 1996)

**S** 6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Oct 1994)
    **Current Residents at Address:**
        PAUL M SLOAN
        BOBBI HELEN SLOAN
PICKWICK APT U1, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Oct 1985 - Mar 1994)
1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Oct 1972 - Feb 1994)
    **Current Residents at Address:**
        SUSAN SLOAN
        STEPHEN L SLOAN
        856-667-8191 - EDT SLOAN STEVEN

**S** 401 E 80TH ST APT, NEW YORK NY 10075-0655, NEW YORK COUNTY (Oct 1972 - May 1993)
1 U PICKWICK APTS, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Jan 1983 - Apr 1986)
207 LAUREL RD APT, VOORHEES NJ 08043-2317, CAMDEN COUNTY (Oct 1972)

GLORIA SLOAN
    **Previous And Non-Verified Address(es):**

**S** 6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (May 1994 - Jun 1994)
    **Current Residents at Address:**
        PAUL M SLOAN
        BOBBI HELEN SLOAN

STEPHEN L SLOAN DOB: 10/xx/1941
166-34-xxxx issued in Pennsylvania between 1/1/1959 and 12/31/1961
**Names Associated with Relative:**
STEVEN L SLOAN DOB: 10/xx/1941
    166-34-xxxx issued in Pennsylvania between 1/1/1959 and 12/31/1961
STEVEN SLOAN DOB: 10/xx/1941
    166-34-xxxx issued in Pennsylvania between 1/1/1959 and 12/31/1961
STEVE FLOAN DOB: 1941
    166-34-xxxx issued in Pennsylvania between 1/1/1959 and 12/31/1961
STEVEN L SLOAN DOB: 10/xx/1941
    177-36-xxxx issued in Pennsylvania between 1/1/1962 and 12/31/1963
STEPHANIE L SLOAN DOB: 10/xx/1941
    166-34-xxxx issued in Pennsylvania between 1/1/1959 and 12/31/1961
STEVE SLOAN DOB: 10/xx/1941
    166-34-xxxx issued in Pennsylvania between 1/1/1959 and 12/31/1961
STEPHEN L SLOAN DOB: 10/xx/1941
    177-36-xxxx issued in Pennsylvania between 1/1/1962 and 12/31/1963
STEVE SLOAN DOB: 10/xx/1941
    177-36-xxxx issued in Pennsylvania between 1/1/1962 and 12/31/1963
STEVEN SLOAN DOB: 10/xx/1941
    177-36-xxxx issued in Pennsylvania between 1/1/1962 and 12/31/1963
**Active Address(es):**

✔ 1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Oct 1972 - Jan 2013)
    **Current Residents at Address:**
        SUSAN SLOAN
        STEPHEN L SLOAN

Comprehensive Report

856-667-8191 - EDT SLOAN STEVEN

**Previous And Non-Verified Address(es):**

6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Sep 2009)
  **Current Residents at Address:**
    PAUL M SLOAN
    BOBBI HELEN SLOAN
    609-667-8191

1 LN, CHERRY HILL  NJ 08002, CAMDEN COUNTY (Aug 2003 - Apr 2004)
219 BERLIN RD APT 207, CHERRY HILL  NJ 08034-3571, CAMDEN COUNTY (May 1993 - May 2001)
44B 1/2 CENTRAL AVE, CALDWELL  NJ 07006-4804, ESSEX COUNTY (Dec 1999)

2632 LA COSTA AVE 1320, CARLSBAD  CA 92009-7324, SAN DIEGO COUNTY (Aug 1995 - Oct 1995)
1 WILLIAM ST APT, NEW YORK  NY 10004-2595, NEW YORK COUNTY (Jan 1983)
  **Current Residents at Address:**
    ADRIANO ARIETTI
    GIANCARLO BAIOCCHI
    EDUARDO E BOMBIERI
    ELSA CUMINATTI
    YOLE R DE FELICE
    ROBERTO SANTIS DESANTIS
    BARBARA A PETERS
    MASSIMO FIORE
    JOSEPH D QUIGLEY
7558 SHERWOOD RD, PHILADELPHIA  PA 19151-2115, PHILADELPHIA COUNTY (Oct 1972)
  **Current Residents at Address:**
    ALFREDA D MOORE
    LISA JOY MOORE
1 N 2ND ST, MILLVILLE  NJ 08332-6509, CUMBERLAND COUNTY
    667-8191

1 DELSEA H, MILLVILLE  NJ 08332, CUMBERLAND COUNTY
    667-8191

STEPHANIE R SLOAN  DOB: 8/xx/1963
568-27-xxxx issued in California  between 1/1/1973  and  12/31/1974
**Previous And Non-Verified Address(es):**
612 S FLOWER ST APT 702, LOS ANGELES  CA 90017-2810, LOS ANGELES COUNTY (Feb 2012 - Jan 2013)
3435 OCEAN PARK BLVD APT 107PM, SANTA MONICA  CA 90405-3301, LOS ANGELES COUNTY (Oct 2011 - Jan 2013)

6041 FENWOOD AVE, WOODLAND HILLS  CA 91367-3117, LOS ANGELES COUNTY (May 1993 - Feb 2012)
  **Current Residents at Address:**
    PAUL M SLOAN
    BOBBI HELEN SLOAN
1099 23RD ST APT 9, SAN FRANCISCO  CA 94107-3470, SAN FRANCISCO COUNTY (Jun 2004 - Jan 2012)
  **Current Residents at Address:**
    PALOMA S SOLEDAD
    ANTHONY DITTMANN
    ROBB ANDREW KRAMER
1786 HAIGHT ST APT 3, SAN FRANCISCO  CA 94117-2823, SAN FRANCISCO COUNTY (Jan 1983 - May 2011)
  **Current Residents at Address:**
    MARK DAVID SZUMOWSKI
1544 9TH ST APT 3, SANTA MONICA  CA 90401-2760, LOS ANGELES COUNTY (Oct 1999 - Jun 2005)
  **Current Residents at Address:**
    ROBYN L UDELL
    AUTUMN UDELL
2248 19TH ST, SAN FRANCISCO  CA 94107-2620, SAN FRANCISCO COUNTY (Jul 2002 - Aug 2004)
  **Current Residents at Address:**
    AMY R DALTON
    GERALD W DAVIDSON
    LAURA BANCHINI
    415-285-3579

2400 SAND HILL RD APT, MENLO PARK  CA 94025-6941, SAN MATEO COUNTY (Mar 2003)
1131 BAY ST APT C, SANTA MONICA  CA 90405-1534, LOS ANGELES COUNTY (Mar 2000 - Jun 2002)
  **Current Residents at Address:**
    SINE SIMONSEN
40 DEER PATH DR, PORTOLA VALLEY  CA 94028-8147, SAN MATEO COUNTY (Jan 1983 - Dec 2001)
  **Current Residents at Address:**

## Comprehensive Report

JUNE E THOMPSON
650-851-4293 - PDT THOMPSON JUNE

STEPHANIE SLOAN DOB: 10/1941
166-34-xxxx issued in Pennsylvania between 1/1/1959 and 12/31/1961
**Previous And Non-Verified Address(es):**

6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Nov 2008 - Apr 2009)
   **Current Residents at Address:**
      PAUL M SLOAN
      BOBBI HELEN SLOAN
1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Jan 1983 - Jun 2001)
   **Current Residents at Address:**
      SUSAN SLOAN
      STEPHEN L SLOAN
      856-667-8191 - EDT SLOAN STEVEN

219 BERLIN RD APT 207, CHERRY HILL NJ 08034-3571, CAMDEN COUNTY (May 1993 - May 2001)
1 DELSEA H, MILLVILLE NJ 08332, CUMBERLAND COUNTY
      667-8191

JULIUS M SLOAN DOB: 10/1941
183-05-xxxx issued in Pennsylvania between 1/1/1936 and 12/31/1951
**Previous And Non-Verified Address(es):**

6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Aug 1993 - Aug 2007)
   **Current Residents at Address:**
      PAUL M SLOAN
      BOBBI HELEN SLOAN

LILLIE SLOAN
**Previous And Non-Verified Address(es):**

6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (May 1993 - Aug 1993)
   **Current Residents at Address:**
      PAUL M SLOAN
      BOBBI HELEN SLOAN

PRISCILLA B SLOAN DOB: 6/xx/1917 DOD:8/28/1993 (CAMDEN, NJ) Age at Death: 76 (Born 95 years ago)
160-09-xxxx issued in Pennsylvania between 1/1/1936 and 12/31/1951
**Names Associated with Relative:**

PRISCILLA H SLOAN DOB: 6/xx/1917 DOD:8/28/1993 (CAMDEN, NJ) Age at Death: 76 (Born 95 years ago)
160-09-xxxx issued in Pennsylvania between 1/1/1936 and 12/31/1951

P SLOAN DOB: 6/xx/1917 DOD:8/28/1993 (CAMDEN, NJ) Age at Death: 76 (Born 95 years ago)
160-09-xxxx issued in Pennsylvania between 1/1/1936 and 12/31/1951
**Previous And Non-Verified Address(es):**
110 POTTER ST FL 1, HADDONFIELD NJ 08033-1312, CAMDEN COUNTY (Mar 1993 - Mar 2003)
   **Current Residents at Address:**
      CHARLES A BROOKES
      CHEA B JONES

83 CHURCHILL RD, CHERRY HILL NJ 08034-2605, CAMDEN COUNTY (Jan 1983 - Dec 1992)
   **Current Residents at Address:**
      MOHAMMED MOHAMMED RAFIQUE
      MOHAMMED S RAFIQUE
      JOBAIBA GULSANARA
      MOHAMMED RAFIQUE ALAM
      T RAHMAN
      856-616-1012 - EDT GULSANARA JOBAIBA

2213 RYAN S RUN E, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Apr 1984 - Dec 1992)
2213 RYANS RUN E, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Nov 1981)
733 BLACK ROCK RD, COLLEGEVILLE PA 19426-2928, MONTGOMERY COUNTY (Dec 1978)
   **Current Residents at Address:**
      JAMES J FABRIZIO JR
      NINA A HEATON
      RODOLFO JOSE RODRIGUEZ
      KELLY A VANDERGEEST
      ESMERALDA E RODRIGUEZ

Comprehensive Report

MARIA RODRIGUEZ
MARIA RODRIGUEZ
**Current phones listed at this address:**
610-935-2340 - EDT FABRIZIO JAMES
484-927-4221 - EDT HEATON NINA

165 WINTER ST, HOLLISTON MA 01746-1739, MIDDLESEX COUNTY
**Current Residents at Address:**
NADINE L CORDON
JEFFREY T CORDON
508-429-6050 - EDT CORDON JEFFREY T

LISA SLOAN
**Previous And Non-Verified Address(es):**

83 CHURCHILL RD, CHERRY HILL NJ 08034-2605, CAMDEN COUNTY (Jan 1983)
**Current Residents at Address:**
MOHAMMED MOHAMMED RAFIQUE
MOHAMMED S RAFIQUE
JOBAIBA GULSANARA
MOHAMMED RAFIQUE ALAM
T RAHMAN
856-616-1012 - EDT GULSANARA JOBAIBA