R8

**CHARLES LYNN BRAGG**
Raging Art Unlimited
4147 Moore Street
Los Angeles, CA 90066
(310) 305-8891

# INVOICE

INVOICE 200111
DATE     05/24/01

Shipped to:

Artistic Ideas Inc.
595 Bay Street #300
Toronto, Ontario  M5G 2C2
Canada

Bill to:

Coleman Fine Arts, Limited
6041 Fenwood Avenue
Woodland Hills, CA  91367

| Item No. | Description | Unit Price | Qty. | Amount |
|---|---|---|---|---|
| 1 | Fine Art Prints, Item Nos. 1 – 25 as listed in Schedule A of "Agreement between Charles Lynn Bragg and Silver Fine Arts", dated 09/21/2000, and last updated 05/24/2001 | 40.00 | 3738 | 149,520.00 |

TOTAL                     149,520.00

Amount Paid   $125,000.00
Amount Due    $ 24,520.00



R9

# CHARLES BRAGG
*ASYLUM STUDIO*

BILL TO: SILVER FINE ARTS

| ORDERED BY: | | CUSTOMER ORDER NO. | | TERMS | DATE |
|---|---|---|---|---|---|
| PAUL SLOAN | | | | | 7-26-01 |
| SHIP VIA | SHIP MEMO | SPECIAL INSTRUCTIONS | | | SHIP DATE |
| | ☐ PREPAID ☐ C.O.D. | | | | |
| QUANTITY | DESCRIPTION | TITLE | | UNIT PRICE | AMOUNT |
| 5,000 | GRAPHICS | ASSORTED TITLES | | 40 | 200,000 |
| | | | | SUBTOTAL | 200,000 |
| | | | | SALES TAX | -0- |
| | | | | SHIPPING | -0- |
| | | | | TOTAL | 200,000 |

R10

1

THIS FAX IS FOR PAUL SLOAN;
IT'S FROM CHARLES BRAGG;

AUGUST 14, 2001

Dear Paul,
Erwin picked up the last of the replacement pieces today.
There were only eleven pieces which we were unable to do.

The total pieces delivered is 5,200 pieces according to my
records. I may be a few off. (like minus the 11 pieces.)

I still need to know about the four pieces from this group
(CAMILLE, CAMELOT 1 and CAMELOT 2 and JOHN XXIII) that
didn't quite make the appraisal figure. You said they were close
enough to use after we finished printing the original order.
Let me know what you what me to do on these pieces..

I'm working on some large pieces that should get appraisals of
between $1,800 and $2,200. That should get our average up on
the new group.
I will send them to Edy towards the end of this August.

Of course I'll check with you on the timing.

All my very best,

So here is the summary of this order;

    5,200 original graphics

      −11 pieces not replaced

    5,189 total   x $40.00   =   $207,560

                    advance $200,000

                    balance.......$7,560

2



THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS

A3

# ALPERT AND ASSOCIATES

## BUSINESS MANAGEMENT

8899 Beverly Boulevard, Suite 918
Los Angeles, California 90048
310-788-8699  Fax: 310-788-9532

VIA FACSIMILE: 416-973-0810

July 11, 2006

Mr. Perry Derksen, Council
Tax Law Services Section
Department of Justice
Canada

Re:    Artistic Ideas, Inc. vs H.M.Q.
       Court File #2003-1855 (GST) G

Dear Mr. Derksen,

Thank you for your letter dated July 7th which confirmed our telephone conversation of July 6, 2006. Your letter did not, however, accurately reflect our entire conversation.

In the conversation, when you explained your views of this case, I advised you that you were incorrect in your understanding of the agreement in question and that your facts were also incorrect. I explained to you that if Mr. Sloan appears or speaks with you he would confirm the position of Artistic Ideas since that position is, in fact, what the agreement was. I also explained that, since Mr. Sloan is not your witness, he would not speak directly to you. Mr. Sloan has tried to stay out of this but, since your call, he may supply an affidavit to the council for Artistic (or choose to come to court), under penalty of perjury, stating the facts above which are not in favor of the Department of Justice.

If there is anything further, please let me know.

Sincerely,

Glen Alpert

N

**THIS IS EXHIBIT "N"**
**referred to in the affidavit of**
**Laura Alescio**
This __30th__ day of September, 2011

**Commissioner for Taking Affidavits**

**Tab 59 of the Respondent's 2nd Supplementary List of Documents**
**filed November 8, 2006**



**R**O**allery**
*Image Makers, Inc.*
The Source For Select

47-15 36th Street
Long Island City, New York 11101
Tel: 718 937-0901 • 212 732-6887
Fax: 718 937-1206
e-mail: art@rogallery.com
web address: www.rogallery.com

## INVOICE
Date: 10/28/00

**Sold To:**
COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367
Tel: 818-348-1553/Fax: 818-883-7770

**Ship To:**
COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367

| Order:00-1111 | Terms: | Upon Presentation | Shipped Via: | SEKO-USF WORLDWIDE | |
|---|---|---|---|---|---|
| Artist | Quantity | Description | | Cost* | Amount |
| Assorted | 7635 | See attached detailed list | | $40.00 | $305,400.00 |
| | | *pd 285,000*<br>*+ 22,440,00*<br>*due:* | | | |
| Shipping Preparation | 1 | By others (Crossroads) Shrink wrap 4 skids, contain with Cardboard all around, and prepare for Shipping to Canada by SEKO – USF WORLDWIDE | | $200.00 | $200.00 |
| Packing Charge | 184 | Materials, labor, counting, packing, Computer scanning, labeling, Invoicing for customs | | $10.00 | $1,840.00 |
| *Prices Subject to Change Without Notice.* | | | | Sub Total: | $307,440.00 |
| | | | | PAID ON ACCOUNT: | -$185,000.00 |
| Comments: | | | | Sales Tax : | Ship To Cana |
| | | | | Total Invoice: | $122,440.00 |

**Tab 62 of the Respondent's 2nd Supplementary List of Documents
filed November 8, 2006**



**RCGallery.com**

The Source For Select Artworks

47-15 36th Street
Long Island City, New York 11101
Tel: 718 937-0901 ● 212 732-6887
Fax: 718 937-1206
e-mail: art@rogallery.com
web address: www.rogallery.com

## INVOICE

**Date:** 1/23/2001(2/5)

**Sold To:**
COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367
Tel: 818-348-1553/Fax: 818-883-7770

**Ship To:**
COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367

| Order01c131 | Terms: | Upon Presentation | Shipped Via: | No Am Van Lines | |
|---|---|---|---|---|---|
| **Artist** | **Quantity** | **Description** | | **Cost*** | **Amount** |
| Picasso(estate) | 6963 | Various editions (see attached) | | $60.00 | $417,780.00 |
| Ensrud, Wayne | 305 | Assorted titles (see attached) | | $60.00 | $18,300.00 |
| Saff, Donald | 368 | Assorted titles | | $40.00 | $14,720.00 |
| Packing Charge | 295 | Materials, labor, counting, packing, Computer scanning, labeling, Invoicing for customs | | $10.00 | $2,950.00 |
| Shipping Preparation | 1 | By Others (crossroads) Shrink wrap 4 skids, contain with Cardboard all around, apply edges, And prepare for shipping to Canada. | | $200.00 | $200.00 |
| | 1 | Breakdown 4 skids, sort packages per Charity, box, shrink wrap 4 skids, contain With cardboard all around, apply edges, And prepare custom invoices for Canada. | | $2000.00 | $2000.00 |

*Prices Subject to Change Without Notice.

| | | |
|---|---|---|
| | Sub Total: | $455,950.00 |
| Packing, Handling, Shipping & Insurance: | | Customer |
| Sales Tax : | | Ship to CA |
| Total Invoice: | | $455,950.00 |

**Comments:**

| Artist | Title | Quantity | Unit Price | Extension |
|--------|-------|----------|-----------|-----------|
| Picasso | 7-A Chevalier en armure | 300 | $60.00 | $18,000.00 |
| Picasso | J-175 Arlequin moustachu a la gui | 297 | $60.00 | $17,820.00 |
| Picasso | 27-8 Femme dans un fauteuil | 246 | $60.00 | $14,760.00 |
| Picasso | 25-6 Femme assise dans un faut | 300 | $60.00 | $18,000.00 |
| Picasso | 51-D Etude de mains et colombe | 300 | $60.00 | $18,000.00 |
| Picasso | J-274 Nature morte sur gueridon | 300 | $60.00 | $18,000.00 |
| Picasso | 35-7 Portrait d'un homme debout | 300 | $60.00 | $18,000.00 |
| Picasso | J-170 Femme assise dans un faut | 300 | $60.00 | $18,000.00 |
| Picasso | 24-8 Tete de morte, lampe cruches | 300 | $60.00 | $18,000.00 |
| Picasso | 26-1 Femme couchee | 300 | $60.00 | $18,000.00 |
| Picasso | 35-9 Visage de femme de face | 300 | $60.00 | $18,000.00 |
| Picasso | J-209 Femme debout | 300 | $60.00 | $18,000.00 |
| Picasso | 36-5 Femme au chapeau gris | 300 | $60.00 | $18,000.00 |
| Picasso | J-205 Le bouquet | 300 | $60.00 | $18,000.00 |
| Picasso | 35-3 Nature morte au verre | 300 | $60.00 | $18,000.00 |
| Picasso | 27-3 Pigeons | 300 | $60.00 | $18,000.00 |
| Picasso | 29-1 Port of Marie Terese Walter | 300 | $60.00 | $18,000.00 |
| Picasso | J-220 Enfant dejeunant | 150 | $60.00 | $9,000.00 |
| Picasso | J-115 Olga Picasso | 300 | $60.00 | $18,000.00 |
| Picasso | 27-6 Quatre nus au harem | 300 | $60.00 | $18,000.00 |
| Picasso | 23-4 Tete | 300 | $60.00 | $18,000.00 |
| Picasso | 5 buste de petite fille | 300 | $60.00 | $18,000.00 |
| Picasso | 25-1 Tete | 270 | $60.00 | $16,200.00 |
| Picasso | 24-3 Jeux de pages | 300 | $60.00 | $18,000.00 |
| Ensrud | Nude | 169 | $60.00 | $10,140.00 |
| Ensrud | Venice | 136 | $60.00 | $8,160.00 |
| Saff | Fish (color small) | 26 | $40.00 | $1,040.00 |
| Saff | Boot (b&w small) | 24 | $40.00 | $960.00 |
| Saff | Comb (b&w small) | 28 | $40.00 | $1,120.00 |
| Saff | Perrot/Toothbrush (b&w small) | 29 | $40.00 | $1,160.00 |
| Saff | Bug/chair (b&w small) | 34 | $40.00 | $1,360.00 |
| Saff | Man (color small) | 40 | $40.00 | $1,600.00 |
| Saff | Screw-X (b&w small) | 40 | $40.00 | $1,600.00 |
| Saff | Elelphant (b&w small) | 39 | $40.00 | $1,560.00 |
| Saff | Screw-X (color - large)) | 36 | $40.00 | $1,440.00 |
| Saff | Comb (color - large) | 29 | $40.00 | $1,160.00 |
| Saff | Zebra (color - large) | 26 | $40.00 | $1,040.00 |
| Saff | Gazelle (color -large | 17 | $40.00 | $680.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| TOTAL PIECES | | 7639 | TOTAL | $450,800.00 |



**Tab 63 of the Respondent's 2nd Supplementary List of Documents
filed November 8, 2006**



The Source For Select Artworks

47-15 36th Street
Long Island City, New York 11101
Tel: 718 937-0901 • 212 732-6887
Fax: 718 937-1206
e-mail: art@rogallery.com
web address: www.rogallery.com

## INVOICE

**Date:  1/23/2001**

**Sold To:**
COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367
Tel: 818-348-1553/Fax: 818-883-7770

**Ship To:**
COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367

| Order01c131 | Terms: | Upon Presentation | Shipped Via: | | No Am Van Lines |
|---|---|---|---|---|---|
| Artist | Quantity | Description | | Cost* | Amount |
| Picasso | 6693 | Various editions (see attached) | | $60.00 | $401,580.00 |
| Various artists | 673 | Assorted titles (see attached) | | $40.00 | $26,920.00 |
| Packing Charge | 284 | Materials, labor, counting, packing, Computer scanning, labeling, Invoicing for customs | | $10.00 | $2,840.00 |
| Shipping Preparation | 1 | By Others (crossroads) Shrink wrap 4 skids, contain with Cardboard all around, apply edges, And prepare for shipping to Canada. | | $200.00 | $200.00 |

*Prices Subject to Change Without Notice.*

Comments:

| | |
|---|---|
| Sub Total: | $431,540.00 |
| Packing, Handling, Shipping & Insurance: | Customer |
| Sales Tax : | Ship to CA |
| Total Invoice: | $431,540.00 |

| Artist | Title | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| Picasso | 7-A | 300 | $60.00 | $18,000.00 |
| Picasso | J-175 | 297 | $60.00 | $17,820.00 |
| Picasso | 27-8 | 246 | $60.00 | $14,760.00 |
| Picasso | 25-6 | 300 | $60.00 | $18,000.00 |
| Picasso | 51-D | 300 | $60.00 | $18,000.00 |
| Picasso | J-274 | 300 | $60.00 | $18,000.00 |
| Picasso | 35-7 | 300 | $60.00 | $18,000.00 |
| Picasso | J-170 | 300 | $60.00 | $18,000.00 |
| Picasso | 24-8 | 300 | $60.00 | $18,000.00 |
| Picasso | 26-1 | 300 | $60.00 | $18,000.00 |
| Picasso | 35-9 | 300 | $60.00 | $18,000.00 |
| Picasso | J-209 | 300 | $60.00 | $18,000.00 |
| Picasso | 36-5 | 300 | $60.00 | $18,000.00 |
| Picasso | J-205 | 300 | $60.00 | $18,000.00 |
| Picasso | 35-3 | 300 | $60.00 | $18,000.00 |
| Picasso | 27-3 | 300 | $60.00 | $18,000.00 |
| Picasso | 29-1 | 300 | $60.00 | $18,000.00 |
| Picasso | J-220 | 150 | $60.00 | $9,000.00 |
| Picasso | J-115 | 300 | $60.00 | $18,000.00 |
| Picasso | 27-6 | 300 | $60.00 | $18,000.00 |
| Picasso | 23-4 | 300 | $60.00 | $18,000.00 |
| Picasso | 5 | 300 | $60.00 | $18,000.00 |
| | | | | |
| Picasso | 24-3 | 300 | $60.00 | $18,000.00 |
| Ensrud | Nude | 169 | $40.00 | $6,760.00 |
| Ensrud | Venice | 136 | $40.00 | $5,440.00 |
| Saff | Fish (color small) | 26 | $40.00 | $1,040.00 |
| Saff | Boot (b&w small) | 24 | $40.00 | $960.00 |
| Saff | Comb (b&w small) | 28 | $40.00 | $1,120.00 |
| Saff | Parrot/Toothbrush (b&w small) | 29 | $40.00 | $1,160.00 |
| Saff | Bug/chair (b&w small) | 34 | $40.00 | $1,360.00 |
| Saff | Man (color small) | 40 | $40.00 | $1,600.00 |
| Saff | Screw-X (b&w small) | 40 | $40.00 | $1,600.00 |
| Saff | Elelphant (b&w small) | 39 | $40.00 | $1,560.00 |
| Saff | Screw-X (color - large)) | 36 | $40.00 | $1,440.00 |
| Saff | Comb (color - large) | 29 | $40.00 | $1,160.00 |
| Saff | Zebra (color - large) | 26 | $40.00 | $1,040.00 |
| Saff | Gazelle (color -large | 17 | $40.00 | $680.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| TOTAL PIECES | | 7366 | TOTAL: $ | $428,500.00 |



**Tab 64 of the Respondent's 2nd Supplementary List of Documents
filed November 8, 2006**



**The Source For Select Artworks**

47-15 36th Street
Long Island City, New York 11101
Tel: 718 937-0901 • 212 732-6887
Fax: 718 937-1206
e-mail: art@rogallery.com
web address: www.rogallery.com

## INVOICE

Date: 1/23/2001

**Sold To:**

COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367
Tel: 818-348-1553/Fax: 818-883-7770

**Ship To:**

COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367

| Order01c131 | Terms: | Upon Presentation | Shipped Via: | | No Am Van Lines |
|---|---|---|---|---|---|
| Artist | Quantity | Description | | Cost* | Amount |
| Picasso | 6693 | Various editions (see attached) | | $60.00 | $401,580.00 |
| Various artists | 673 | Assorted titles (see attached) | | $40.00 | $26,920.00 |
| Packing Charge | 284 | Materials, labor, counting, packing, Computer scanning, labeling, Invoicing for customs | | $10.00 | $2,840.00 |
| Shipping Preparation | 1 | By Others (crossroads) Shrink wrap 4 skids, contain with Cardboard all around, apply edges, And prepare for shipping to Canada. | | $200.00 | $200.00 |

| | | |
|---|---|---|
| *Prices Subject to Change Without Notice. | Sub Total: | $431,540.00 |
| Packing, Handling, Shipping & Insurance: | | Customer |
| Sales Tax : | | Ship to CA |
| Comments: | Total Invoice: | $431,540.00 |

| Artist | Title | Quantity | Unit Price | Extension |
|--------|-------|----------|-----------|-----------|
| Picasso | 7-A | 300 | $60.00 | $18,000.00 |
| Picasso | J-175 | 297 | $60.00 | $17,820.00 |
| Picasso | 27-8 | 246 | $60.00 | $14,760.00 |
| Picasso | 25-6 | 300 | $60.00 | $18,000.00 |
| Picasso | 51-D | 300 | $60.00 | $18,000.00 |
| Picasso | J-274 | 300 | $60.00 | $18,000.00 |
| Picasso | 35-7 | 300 | $60.00 | $18,000.00 |
| Picasso | J-170 | 300 | $60.00 | $18,000.00 |
| Picasso | 24-8 | 300 | $60.00 | $18,000.00 |
| Picasso | 26-1 | 300 | $60.00 | $18,000.00 |
| Picasso | 35-9 | 300 | $60.00 | $18,000.00 |
| Picasso | J-209 | 300 | $60.00 | $18,000.00 |
| Picasso | 36-5 | 300 | $60.00 | $18,000.00 |
| Picasso | J-205 | 300 | $60.00 | $18,000.00 |
| Picasso | 35-3 | 300 | $60.00 | $18,000.00 |
| Picasso | 27-3 | 300 | $60.00 | $18,000.00 |
| Picasso | 29-1 | 300 | $60.00 | $18,000.00 |
| Picasso | J-220 | 150 | $60.00 | $9,000.00 |
| Picasso | J-115 | 300 | $60.00 | $18,000.00 |
| Picasso | 27-6 | 300 | $60.00 | $18,000.00 |
| Picasso | 23-4 | 300 | $60.00 | $18,000.00 |
| Picasso | 5 | 300 | $60.00 | $18,000.00 |
| | | | | |
| Picasso | 24-3 | 300 | $60.00 | $18,000.00 |
| Ensrud | Nude | 169 | $40.00 | $6,760.00 |
| Ensrud | Venica | 136 | $40.00 | $5,440.00 |
| Saff | Fish (color small) | 26 | $40.00 | $1,040.00 |
| Saff | Boot (b&w small) | 24 | $40.00 | $960.00 |
| Saff | Comb (b&w small) | 28 | $40.00 | $1,120.00 |
| Saff | Parrot/Toothbrush (b&w small) | 29 | $40.00 | $1,160.00 |
| Saff | Bug/chair (b&w small) | 34 | $40.00 | $1,360.00 |
| Saff | Man (color small) | 40 | $40.00 | $1,600.00 |
| Saff | Screw-X (b&w small) | 40 | $40.00 | $1,600.00 |
| Saff | Elelphent (b&w small) | 39 | $40.00 | $1,580.00 |
| Saff | Screw-X (color - large)) | 36 | $40.00 | $1,440.00 |
| Saff | Comb (color - large) | 29 | $40.00 | $1,160.00 |
| Saff | Zebra (color - large) | 26 | $40.00 | $1,040.00 |
| Saff | Gazelle (color -large | 17 | $40.00 | $680.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| TOTAL PIECES | | 7368 | TOTAL $ | $428,500.00 |

Tab 77 of the Respondent's 2nd Supplementary List of Documents
filed November 8, 2006



 

47-15 36th Street •Long Island City, NY 11101

Date:        2/6/01

To:          COLEMAN FINE ARTS
             Paul SLOAN
             Phone:    818-348-1553
             Fax:      818-883-7770

From:        RO GALLERY IMAGE MAKERS, INC.
             Robert Rogal
             Phone:              718-937-0901
             Fax:                718-937-1206
             E-Mail:             art@rogallery.com
             Web Site:           www.rogallery.com

Pages (Including Cover Page):   *56*

Subject:     SHIPMENT TO CANADA

DEAR PAUL,

ATTACHED IS THE BILL OF LADING FROM NORTH
AMERICAN ALONG WITH DESCRIPTIVE INVENTORY
ATTACHEMENTS WITH 12 SEPARATE BAR CODES.

SHIPMENT SHOULD ARRIVE IN ONE WEEK.

GAIL ROGAL



02/06/2001   00:41   7189371286                     ROGALLERY                        PAGE  02

orthAmerican.                                    BILL OF LADING & FREIGHT BILL        CONTRACT NUMBER

| TARIFF/SECTION | BOOKER CODE/ ASSIST CODE | ESTIMATOR | TOTAL ESTIMATED CHARGES FOR SHIPMENT | VEHICLE NO. | AGREED SERV. DATES OR PERIOD OF TIME | ACTUAL PICKUP DATE |
|---|---|---|---|---|---|---|
| H00361 | 2642/2642 | | | PUD | 02/06/01-02/06/01 | |
| 034 | | | | DEL | 02/14/01-02/15/01 | |

CHARGES STATED HEREIN ARE ESTIMATES ONLY. ACTUAL CHARGES ARE BASED UPON THE APPLICABLE TARIFF.

SPECIAL INSTRUCTIONS
PC CNT      14

LIFTGATE AT DELIVERY
ADDL INSURANCE IF ...
CANADA BROKERS RUSSELL A FARROW/DOCUMENTS AT ORI...
...4 SKIDS (30"x48"x66") MUST CALL PRI...
TO PICKUP/CUSTOMS REFUS SEPARATE BAR CODES ON SE...
RATE INVENTORIES PER IMPORTER/PIECE...
LABELED W/ IMPORTER/CUSTOMS FARROW/CASSIE...
3-622-93377
CSR IS MARK MCFADDEN, PRO USE...

| WEIGHT | ORIGINAL | REWEIGH |
|---|---|---|
| GROSS | | |
| TARE | | |
| NET | | |

| DATE | PTS ID/INITIALS | LOCATION | TIME |
|---|---|---|---|

VALUATION STATEMENT

ORIG: Arrive:            Depart:          Van Crew @:        Initials:
DEST: Arrive:            Depart:          Van Crew @:        Initials:

TOTAL PIECE COUNT PER ATTACHED
DESCRIPTIVE INVENTORY IS:

| | NET WEIGHT | RATE | CHARGES | CODE |
|---|---|---|---|---|
| | | | | |
| OTHER ACCESSORIALS-LIST TYPE | QTY. | | | U&OI |
| LIFTGATE | | | | |
| ADDITIONAL | | 7.00 | 310. | |

TOTAL CHARGES

02/06/2001  00:41   7189371205                    ROGALLERY                         PAGE  03

# northAmerican.
Logistics
Division of North American Van Lines, Inc.

## LOGISTICS
### BAR CODE DESCRIPTIVE INVENTORY
(Do not use RSO Form 14 for HVP Shipments)

| VAST HAULER | *Movie Fleet* | | | | | | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|---|---|---|
| SHIPPER'S NAME | *RO Gallery* | | | | | | CONTRACT ORDER NO. H-1040 | |
| ORIGIN LOADING ADDRESS | | CITY *LIC* | STATE *NY* | | | | | |
| DESTINATION | *Toronto* | *ON* | | | | TRAILER NUMBER | | |

**DESCRIPTIVE SYMBOLS**
CP - Packed By Carrier   CBS - Disassembled By Shipper
PBS - Packed By Shipper   MOU - Mechanical Condition Unknown
CD - Carrier Disassembled   CU - Contents and Condition Unknown

**EXCEPTION SYMBOLS**
BE - Bent   BR - Broken   BU - Burned   CH - Chipped
D - Dented   F - Faded   G - Gouged   L - Loose
M - Marred   R - Rubbed   RU - Rusted   SC - Scratched
SO - Soiled   T - Torn   W - Badly Worn   Z - Cracked

NOTE: The omission of these symbols indicates good condition for normal wear.

**LOCATION SYMBOLS**
1. Arm   2. Bottom   3. Corner   4. Front
5. Left   6. Leg   7. Rear   8. Right
9. Side   10. Top   11. Veneer   12. Edge
13. Center

FREIGHT CLASSIFICATIONS:   A) LOOSE OR CARTONED ITEMS UNDER 60 LBS.   B) ITEMS SKIDDED SECURED
C) ITEMS ON WHEELS   D) ITEMS NOT ON WHEELS OVER 60 LBS.

| ITEM NO. | INVENTORY TRACKING NUMBERS | CLASS. | ITEM DESCRIPTION AND CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 1 | 020830317-8 | | *Skid #1 PBS CU* *Alladdin Childrens* | |
| | 020830316-8 | | *Skid #1* *AZAMRA INST.* | |
| | 020830816-8 | | *Skid #1* *Boys & Girls Club* | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED ON THIS PAGE INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE ITEMS TENDERED AND OF THE STATE OF THE ITEMS RECEIVED".

BEFORE SIGNING - CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE

**IMPORTANT NOTICE**

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | (Signature) SHIPPER OR AUTHORIZED AGENT (Signature) | | AT DESTI-NATION | (Signature) SHIPPER OR AUTHORIZED AGENT (Signature) | |

02/06/2001  00:41  7189371206                    MJKGALLERY                          PAGE  04

# LOGISTICS
**northAmerican**
Logistics
Division of North American Van Lines, Inc.

## BAR CODE DESCRIPTIVE INVENTORY
*(Do not use PSO Form 14 for HVP Shipments)*

SHIPPER'S NAME: *Magic Fleet*
BEGIN LOADING ADDRESS: *RO Gallery*   CITY: *LIC*   STATE: *NY*
DESTINATION: *Toronto*   *ON*   *NY*

| INVENTORY TRACKING NUMBERS | CLASS. | ITEM DESCRIPTION AND CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|
| 026930914-8 | | *Skid #2 PDS* | |
| | | *Don Mills CU* | |
| 026930913-8 | | *Skid #2* | |
| | | *Friends of Honduran* | |
| 026930912-8 | | *Skid #2* | |
| | | *Hastings* | |

WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED ON THIS PAGE INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE ITEMS TENDERED AND OF THE STATE OF THE ITEMS RECEIVED.

IMPORTANT NOTICE

FINAL — SEND TO NAVL, FT. WAYNE, INDIANA AFTER FINAL DELIVERY

02/06/2001  00:41   7189371286                    KUGALLERY                              PAGE  05

## LOGISTICS

**northAmerican.**
Logistics
sion of North American Van Lines, Inc.

**BAR CODE DESCRIPTIVE INVENTORY**
(Do not use RSD Form 14 for HVP Shipments)

| | | | | |
|---|---|---|---|---|
| HAULER | | LINE COL'N | NOS. | THRU |
| | | CODE 4 | | |

PAGE NO.          NO. OF PAGES

CARRIER'S REFERENCE NO.

SHIPPER'S NAME: *Magic Fleet*
                *RO Gallery*

CONTRACT OR B/L NO. *HP 7080*

GOVT. SERVICE ORDER NO.

ORIGIN LOADING ADDRESS: *LIC*          CITY          STATE *NY*

DESTINATION: *Toronto*          *ON*

TRAILER NUMBER

**DESCRIPTIVE SYMBOLS**

| | | | | | **EXCEPTION SYMBOLS** | | | | | **LOCATION SYMBOLS** | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CP - Packed by Carrier | DBB - Disassembled by Shipper | BE - Bent | D - Dented | M - Marred | SO - Soiled | | 1. Arm | 6. Left | 8. Side | |
| PBS - Packed by Shipper | MCU - Mechanical Condition Unknown | BR - Broken | F - Faded | R - Rubbed | T - Torn | | 2. Bottom | 6. Leg | 10. Top | |
| | | BU - Burned | G - Gouged | RU - Rusted | W - Badly Worn | | 3. Corner | 7. Rear | 11. Veneer | |
| CD - Carrier Disassembled | CU - Carton and Condition Unknown | CH - Chipped | L - Loose | SC - Scratched | Z - Cracked | | 4. Front | 8. Right | 12. Edge | |
| | | NOTE: The omission of these symbols indicates good condition for normal wear. | | | | | | 13. Center | | |

FREIGHT CLASSIFICATIONS:   A) LOOSE OR CARTONED ITEMS UNDER 80 LBS.          B) ITEMS SKIDDED SECURED
                           C) ITEMS ON WHEELS   D) ITEMS NOT ON WHEELS OVER 80 LBS.

| ITEM NO. | INVENTORY TRACKING NUMBERS | CLASS. | ITEM DESCRIPTION AND CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| | ‖‖‖‖‖ 00990011-8 | | *Skid #3  PBS* *LOVECRY     CU* | |
| | ‖‖‖‖‖ 00990010-8 | | *Skid #3* *ME ASSN.* | |
| | ‖‖‖‖‖ 00990009-8 | | *Skid #3* *NAT'L CHILD* | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED ON THIS PAGE INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE ITEMS TENDERED AND OF THE STATE OF THE ITEMS RECEIVED."

**IMPORTANT NOTICE**                    BEFORE SIGNING - CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

| CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|
| (Signature) | | | (Signature) | |
| AT ORIGIN | | | SHIPPER OR AUTHORIZED AGENT | |
| SHIPPER OR AUTHORIZED AGENT | | | (Signature) | |
| (Signature) | | | | |

RIGINAL — SEND TO NAVL, FT. WAYNE, INDIANA AFTER FINAL DELIVERY

02/06/2001 00:41 7189371206 ROGALLERY PAGE 05

## northAmerican. LOGISTICS
### Logistics
**BAR CODE DESCRIPTIVE INVENTORY**
(Do not use ISO Form 14 for RVP Shipments)

SHIPPER'S NAME: RO' GALLERY

SIGN LOADING ADDRESS: LIC N.Y.

DESTINATION: TORONTO ON

| INVENTORY TRACKING NUMBERS | CLASS | ITEM DESCRIPTION AND CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|
| 026830007-B | | SKID #4 SERPENT RIVER | |
| 026830006-B | | SKID #4 UNIVRIS | |
| 026830008-B | | SKID #4 YESHIVA GEDOLA | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED ON THIS PAGE INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE ITEMS TENDERED AND OF THE STATE OF THE ITEMS RECEIVED."

BEFORE SIGNING - CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

**IMPORTANT NOTICE**

ORIGINAL — SEND TO NAVL, FT. WAYNE, INDIANA AFTER FINAL DELIVERY

Tab 78 of the Respondent's 2nd Supplementary List of Documents
filed November 8, 2006



**The Source For Select Artworks**

47-15 36th Street
Long Island City, New York 11101
Tel: 718 937-0901 • 212 732-6887
Fax: 718 937-1206
e-mail: art@rogallery.com
web address: www.rogallery.com

## INVOICE
Date: 02/17/01

**Sold To:**
**COLEMAN FINE ARTS**
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367
Tel: 818-348-1553/Fax: 818-883-7770

**Ship To:**
**COLEMAN FINE ARTS**
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367

| Order:01c3911 | Terms: | Upon Presentation | Shipped Via: | Customer Fed Ex Int'l. | |
|---|---|---|---|---|---|
| Artist | Quantity | Description | | Cost* | Amount |
| Knigin, M. | 30 | Thunder Shower I | | $40.00 | $1,200.00 |
| | 15 | Brave Venture | | $40.00 | $600.00 |
| | 35 | Advance Notice | | $40.00 | $1,400.00 |
| | 36 | Loyal to Me | | $40.00 | $1,440.00 |
| | 35 | Royal Applause | | $40.00 | $1,400.00 |
| | 165 | Boldest Native | | $40.00 | $6,600.00 |
| | 98 | Woman Playing a Poppin | | $40.00 | $3,920.00 |
| Laventhal, Hank | 4 | Floating Strawberg | | $40.00 | $160.00 |
| | 6 | Floating Plum | | $40.00 | $240.00 |
| | 9 | Floating Raspberry | | $40.00 | $360.00 |
| Kramer, M. | 35 | Lovers V | | $40.00 | $1,400.00 |
| Sevy | 75 | Extended Life Line II | | $40.00 | $3,000.00 |
| Yaskill | 37 | Roosters | | $40.00 | $1,480.00 |

580

| | | |
|---|---|---|
| *Prices Subject to Change Without Notice. | **Sub Total:** | $23,200.00 |
| Comments: | **Packing, Handling:** | $200.00 |
| | **Sales Tax:** | Ship to CANA |
| | **Total Invoice:** | $23,400.00 |

**Tab 79 of the Respondent's 2nd Supplementary List of Documents
filed November 8, 2006**



# RGallery.com

**The Source For Select Artworks**

47-15 36th Street
Long Island City, New York 11101
Tel: 718 937-0901 • 212 732-6887
Fax: 718 937-1206
e-mail: art@rogallery.com
web address: www.rogallery.com

## INVOICE

**Date:** 02/17/01

**Sold To:**
COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367
Tel: 818-348-1553/Fax: 818-883-7770

**Ship To:** makeup's
COLEMAN FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367

| Order:01c3911 | Terms: | Upon Presentation | Shipped Via: | Customer Fed Ex Int'l. | |
|---|---|---|---|---|---|
| Artist | Quantity | Description | | Cost* | Amount |
| Knigin, M. | 30 | Thunder Shower I | | $40.00 | $1,200.00 |
| | 15 | Brave Venture | | $40.00 | $600.00 |
| | 35 | Advance Notice | | $40.00 | $1,400.00 |
| | 36 | Loyal to Me | | $40.00 | $1,440.00 |
| | 35 | Royal Applause | | $40.00 | $1,400.00 |
| | 165 | Boldest Native | | $40.00 | $6,600.00 |
| | 98 | Woman Playing a Poppin | | $40.00 | $3,920.00 |
| Laventhal, Hank | 4 | Floating Strawberry | | $40.00 | $160.00 |
| | 6 | Floating Plum | | $40.00 | $240.00 |
| | 9 | Floating Raspberry | | $40.00 | $360.00 |
| Kramer, M. | 35 | Lovers V | | $40.00 | $1,400.00 |
| Yaskill | 37 | Roosters | | $40.00 | $1,480.00 |

*Prices Subject to Change Without Notice.*

**Comments:**

| | |
|---|---|
| Sub Total: | $20,200.00 |
| Packing, Handling: | $200.00 |
| Sales Tax: | Ship to CANA |
| Total Invoice: | $20,400.00 |

**Tab 98 of the Respondent's 2nd Supplementary List of Documents
filed November 8, 2006**



The Source For Select Artworks

47-15 36th Street
Long Island City, New York 11101
Tel: 718 937-0901 • 212 732-6887
Fax: 718 937-1206
e-mail: art@rogallery.com
web address: www.rogallery.com

**INVOICE**
Date:

**Sold To:**
SILVER FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367
Tel: 818-348-1553/Fax: 818-883-7770

**Ship To:**
SILVER FINE ARTS
Paul SLOAN
6041 Fenwood Avenue
Woodland Hills, CA 91367

| Order #: | Terms: | Shipped Via: | | CUSTOMER FED EX | |
|---|---|---|---|---|---|
| Artist | Quantity | Description | | Cost* | Amount |
| Picasso (estate) | 6 | 36-9, Guitare verre et bouteille  481/500 | | $60.00 | $360.00 |
| | | 22-E, Les Cyclamens  11/1500 | ✓ | | |
| | | 34-1, Sylvette de profil gauche  3/500 | ✓ | | |
| | | 19-B Minotaure  AP 2 | ✓ | | |
| | | 29-10, Deux Pigeons   7/500 | | | |
| | | 25-6, Femme assise dan une | ? | | |
| | | Fauteuil tresse    AP 27 | | | |
| | oK | Buste D'Homme  1971 | | | |

*Prices Subject to Change Without Notice.

Comments:



| | | |
|---|---|---|
| Sub Total: | | $360.00 |
| Packing, Handling: | | 25.00 |
| Sales Tax : | | Ship to CANA |
| Total Invoice: | | $385.00 |

**O**

**THIS IS EXHIBIT "O"**
**referred to in the affidavit of**
**Laura Alescio**
This $\underline{30^{th}}$ day of September, 2011

$\underline{\qquad\qquad C \sim \mathcal{B}^{-tclt}\qquad\qquad}$

**Commissioner for Taking Affidavits**

**Department of Justice**
**Canada**

Ministère de la Justice
Canada

Ontario Regional Office
Tax Law Services Section
The Exchange Tower
130 King St. West
Suite 3400, Box 36
Toronto, Ontario
M5X 1K6

Bureau régional de l'Ontario
la tour Exchange
130 rue King ouest
Pièce 3400, CP 36
Toronto (Ontario)
M5X 1K6

*Tel:*  (416) 954-4306
*Fax:*  (416) 973-0810
*Email:*

*Our File:*
*Notre dossier:*  3-504992

*Your File:*
*Votre dossier:*

August 19, 2010

## VIA PROCESS SERVER

Teplitsky Colson
Barristers and Solicitors
70 Bond Street, Suite 200
Toronto, Ontario
M5B 1X3

### Attention: Martin Teplitsky

Dear Sir:

**Re:   SACKMAN, Jeffrey v. H.M.Q.**          **Court File No.:  2002-4824(IT)G**

We enclose a Request to Admit pursuant to Section 130 of the *Tax Court of Canada Rules (General Procedure)*. Please note that if you fail to respond within 15 days you shall be deemed, for the purposes of this appeal only, to admit the truth of the facts or the authenticity of the documents mentioned in the Request to Admit.

This Request to Admit concerns evidence given orally by Paul Sloan, principal of Coleman Fine Arts ("Coleman") and Silver Fine Arts ("Silver"), before a commissioner in the matter of *Artistic Ideas Inc. v. H.M.Q.* Court File No. 2003-1855(GST)G.

Mr. Sloan is a citizen of the United States and refused to travel to Canada to give evidence at the request of Artistic Ideas Inc. ("Artistic"). The Tax Court of Canada issued a commission authorizing the taking of evidence in Beverley Hills, California. Mr. Sloan's evidence detailed the origin and operation of the art donation program at the heart of Mr. Sackman's appeal. The art donation program was operated by Artistic, Coleman and Silver. Mr. Sloan is the only individual able to give evidence on behalf of Coleman and Silver.

It is our hope that by obtaining the Appellant's admission of these facts the Respondent will be able to avoid a costly and time consuming commission obtained pursuant to section 112 of the *Tax Court of Canada Rules (General Procedure)*.

Yours truly,

Jenna Clark
Counsel
Tax Law Services Division
Encl.

Canada

2002-4824(IT)G

## TAX COURT OF CANADA

BETWEEN:

## JEFFREY SACKMAN

Appellant,

and

## HER MAJESTY THE QUEEN

Respondent.

## REQUEST TO ADMIT

YOU ARE REQUESTED TO ADMIT, for the purposes of this proceeding only, the truth of the following facts:

1. Coleman Fine Arts, Ltd. ("Coleman") was incorporated under the laws of California on September 4, 1998.

2. Silver Fine Arts, Inc. ("Silver") was incorporated under the laws of California on August 8, 2000.

3. In 1998, 1999, 2000 and 2001, Paul Sloan ("Sloan") was the president, director, chief executive officer and sole shareholder of Coleman.

4. In 2000 and 2001, Sloan was the sole shareholder of Silver.

5. In 1998 through 2001, Sloan acted on behalf of Coleman in the acquisition of prints for sale to Canadian purchasers.

6. In 2000 and 2001, Sloan acted on behalf of Silver in the acquisition of prints for sale to Canadian purchasers.

7. Sloan was a partner in a company called Dyanson that operated up to 11 retail art galleries throughout the United States ("Dyanson Galleries").

8. When Dyanson Galleries was sold in 1995 to London Fine Arts, Sloan retained roughly 200,000 pieces of art from the inventory of the various galleries.

9. Sloan noticed, in around 1997 or 1998, that there were a number of art programs in Canada.

10. Sloan received calls from people in Canada for art in or around 1997 and 1998.

11. Sloan could produce all the art needed for an art donation program.

12. Sloan entered into an agreement with Mark Pearlman ("Pearlman") and Allan Grossman ("Grossman") to set up an art donation program in Canada.

13. Coleman was incorporated in 1998 for the purpose of the art donation program arrangement with Pearlman and Grossman.

14. Silver Fine Arts was incorporated in 2000 for the purpose of the art donation program arrangement with Pearlman and Grossman on the advice of Sloan's accountant, Edwin Metelits.

15. The inventory retained from Dyanson Galleries was a major source of the prints provided by Coleman, and later Silver, for sale to Canadian purchasers.

16. Sloan sold this inventory to Canadian purchasers with the assistance of Artistic Ideas Inc. ("Artistic"), a corporation set up by Pearlman and Grossman.

17. Pearlman and Grossman, through Artistic, were tasked with finding purchasers for the art.

18. Pearlman and Grossman would offer a group of art images to their purchasers for the purpose of a purchase a group of 11 pieces to be donated to a charity, and it was up to the investor to choose what group he wanted to buy.

19. Sloan, Pearlman and Grossman agreed that Sloan, through Coleman, and later Silver, would give Artistic a 50 percent commission on any artwork that they sold.

20. Pearlman and Grossman set the price for the art, originally $3,500 for 10 pieces of art, and later $3,500 for 11 pieces of art.

21. Sloan was required to arrange for appraisals for the artwork.

22. The appraisals had to come in somewhere at around $1,000.

23. The appraisal had to come in at around $1,000 because Pearlman and Grossman needed that value to create the type of structure they wanted.

24. Sloan originally hired Dick Ruskin to appraise the artwork.

25. Pearlman and Grossman ultimately hired Leslie Fink and Edith Yeomans to provide appraisals.

26. Sloan paid for the appraisals provided by Leslie Fink and Edith Yeomans.

27. Artistic was responsible for tracking how much the artwork was sold for and to whom it was sold.

28. Sloan was required to pay for shipment of the artwork.

29. Sloan shipped art directly to Artistic who would then ensure delivery of the art to various charities.

30. Artistic prepared Year End Reconciliations of gross sales which it provided to Sloan.

31. The Year End Reconciliations indicated how much in gross sales was generated during a particular year.

32. At its year end of January 31, 1999, Coleman realized gross sales of $4,326,000 representing sales of 1,236 groups of artwork sold at $3,500 each.

33. At its year end of January 31, 2000, Coleman realized gross sales of $7,651,000 representing sales of 2,186 groups of artwork sold at $3,500 each.

34. At its year end of January 31, 2001, Coleman and Silver together realized gross sales of $12,135,450 representing sales of 1,164 groups of prints sold for $3,500, 607 groups of prints sold for $3,600 and 1,567 groups of prints sold for $3,750.

35. In order for Artistic's art donation program to work within a donor market, Sloan was required to source prints.

36. Sloan authorized Grossman to sign documents with purchasers on behalf of Coleman and Silver.

37. The Appellant purchased artwork in 1998, 1999 and 2000 from Coleman and/or Silver, through the agent Artistic.

38. Artistic arranged for both the sale and donation of prints by the Appellant.

39. Coleman and Silver paid between $40 and $80 U.S. for each print that it sold to Canadian purchasers.

40. Coleman and Silver acquired prints to be sold to Canadian purchasers from Museum Masters International, Ltd. ("Museum Masters").

41. Museum Masters shipped the prints to Artistic for Sloan in 1999.

42. Coleman and Silver acquired prints to be sold to Canadian purchasers from Ro Gallery.

43. Coleman and Silver acquired prints to be sold to Canadian purchasers from Charles Lynn Bragg.

44. Coleman acquired prints to be sold to Canadian purchasers from Charles Bragg.

45. Charles Bragg is the father of Charles Lynn Bragg.

46. Coleman and Silver paid $40 a print for Charles Lynn Bragg prints.

−5−

47. Silver paid $40 a print for Charles Bragg prints.

48. Charles Bragg provided Edith Yeomans with some of the information that she relied upon when preparing appraisals of Charles Bragg works.

49. Artistic would substitute prints in groups if a particular print was sold out.

YOU ARE REQUESTED TO ADMIT, for the purposes of this proceeding only, the authenticity of the following documents:

1. the transcript of Commission Evidence of Paul Sloan taken November 29, 2006 in Beverly Hills, California in the matter of Artistic Ideas Inc. and Her Majesty the Queen;

2. exhibits to the Commission Evidence of Paul Sloan taken November 29, 2006:

A2          Year End Reconcilliation Statements for Year End January 31, 1999, 2000 and 2001

R5          March 4, 1999 Copy of Canada Customs Invoice listing Coleman Fine Arts as vendor and League for Human Rights and B'nai Brith Foundation as purchasers c/o Red Cap Express

R6          March 4, 1999 Copy of Commercial Invoice issued by Museum Masters International Ltd. to League for Human Rights/B'nai Brith Foundation c/o Red Cap Express with highlights and handwritten notes

R7          Copy of shipping documents listing Silver Fine Arts as vendor and Aladdin Children's Charity as purchaser with attachments

R8          May 24, 2001 Copy of invoice from Charles Lynn Bragg to Coleman Fine Arts Ltd. re 3738 Fine Art Prints with highlights

R9          July 26, 2001 Copy of invoice from Charles Bragg to Silver Fine Arts re 5000 assorted title graphics with highlights

R10      August 14, 2001 Copy of facsimile from Charles Bragg to Paul Sloan re replacement prints and appraisal figures with highlights and handwritten notes

A3      July 11, 2006 Copy of letter from Glen Alpert, Paul Sloan's business manager, to Perry Derksen, counsel for the respondent re Sloan's position with respect to the agreement with Artistic Ideas as well as his role in the litigation

Attached to this request is a copy of the transcript of Paul Sloan's evidence given at the hearing of commission evidence in the appeal of Artistic Ideas Inc. v. H.M.Q. Court File No. 2003-1855(GST)G, dated November 29, 2006 together with Exhibits referenced therein.

YOU MUST RESPOND TO THIS REQUEST by serving a response to request to admit in Form 131 WITHIN FIFTEEN DAYS after this request is served on you. If you fail to do so, you will be deemed to admit, for the purposes of this proceeding only, the truth of the facts and the authenticity of the documents set out above.

DATED at the City of Toronto, Ontario, this August 19, 2010.

      John H. Sims, Q.C.
      Deputy Attorney General of Canada
      Solicitor for the Respondent

      Per: Jenna Clark / Martin Beaudry
         Erin Strashin
      Department of Justice
      Ontario Regional Office
      The Exchange Tower
      130 King Street West
      Suite 3400, Box 36
      Toronto, Ontario, M5X 1K6

      Tel: (416) 954-4306
      Fax: (416) 973-0810
      Counsel for the Respondent

−8−

TO:    Martin Teplitsky, Q.C.
           Teplitsky Colson
           Barristers & Solicitors

           70 Bond Street, Ste. 200
           Toronto, Ontario
           M5B 1X3
           Counsel for the Appellant

**P**

**THIS IS EXHIBIT "P"**
**referred to in the affidavit of**
**Laura Alescio**
This <u>30th</u> day of September, 2011

_____
**Commissioner for Taking Affidavits**

23-Aug-2010 02:36pm From-Teplitsky Colson LLP +4163659936 T-539 P.001/004 F-843

 **TEPLITSKY, COLSON** LLP
BARRISTERS

Suite 200, 70 Bond Street
Toronto, Ontario
M5B 1X3
Telephone: (416) 365-9320
Facsimile: (416) 365-7702

# FAX COVER SHEET

DATE:                    August 23, 2010

No. of Pgs.              4

TO:                      **JENNA L. CLARK**
FIRM:                    Department of Justice Canada – Ontario Regional Office
                         Tax Law Services Division
FAX NO.:                 (416) 973-0810

FROM:                    **MATTHEW SOKOLSKY**
FIRM:                    Teplitsky, Colson LLP

FILE NO:                 19287

COMMENTS/SPECIAL INSTRUCTIONS:


IN CASE OF TRANSMISSION PROBLEMS, PLEASE CALL (416) 365-9320.

*The information and documents contained in this facsimile transmission are confidential and protected by solicitor-client and/or solicitor work product and/or litigation privilege. Such information and documents are intended only for disclosure to and the use of the corporate or natural person named above and the privileges and confidentiality are not waived by virtue of having been sent by facsimile. If the person actually receiving this facsimile transmission, or any other reader, is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, transmission, distribution or copying, in any manner or form whatsoever, is strictly prohibited. Failure to comply with the foregoing prohibition may result in the breach of certain laws and/or the infringement of legal and equitable rights which may attract liability. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address by regular mail. Thank you in advance for your cooperation.*

23-Aug-2010 02:36pm  From-Teplitsky Colson LLP          +4163659936           T-539  P.002/004  F-843

 **TEPLITSKY, COLSON** LLP
BARRISTERS

Suite 200, 70 Bond Street
Toronto, Ontario
M5B 1X3
Telephone: (416) 365-9323
Facsimile: (416) 365-7702

MATTHEW SOKOLSKY
Direct Line: (416) 865-5347

August 23, 2010

**Via Facsimile (416) 973-0810**

Jenna Clark
Department of Justice Canada
Ontario Regional Office
Tax Law Services Division
The Exchange Tower
130 King Street West
Suite 3400, Box 36
Toronto, ON  M5X 1K6

Dear Ms. Clark:

Re:   **Sackman, Jeffrey ats. H.M.Q.**
      **Court File No. 2002-4824(IT)G**
      **Our File No. 19287**

We acknowledge receipt of your correspondence dated August 19, 2010.  Enclosed
please find our Response to Request to Admit, served upon you pursuant to the *Rules*.

Yours truly,

TEPLITSKY, COLSON LLP

Matthew Sokolsky
MS/s

Encl.

Court File No. 2002-4824(IT)G

## TAX COURT OF CANADA

BETWEEN:

## JEFFREY SACKMAN

Appellant,

and

## HER MAJESTY THE QUEEN

Respondent.

## RESPONSE TO REQUEST TO ADMIT

In response to your Request to Admit dated August 19th, 2010, the Appellant:

1.  Has no knowledge and refuses to admit any of the allegations set out at paragraphs 1 – 49.

2.  Has no knowledge and refuses to admit the authenticity of documents referred to in the Request to Admit.

Date: August 23, 2010

**TEPLITSKY, COLSON LLP**
Barristers
70 Bond Street, Suite 200
Toronto, ON M5B 1X3

Martin Teplitsky, Q.C. (10647K)
Tel.: (416) 365-9320
Fax: (416) 365-7702

Lawyers for the Appellant

TO:    **DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower
130 King Street West
Suite 3400, Box 36
Toronto, ON  M5X 1K6

Jenna Clark
Tel.: (416) 954-4306
Fax: (416) 973-0810

Lawyers for the Respondent

23-Aug-2010 02:35pm From-Teplitsky Colson LLP +4163659936 T-539 P.004/004 F-843

Court File No.: 2002-4824(IT)G

TAX COURT OF CANADA

JEFFREY SACKMAN

Appellant

and

HER MAJESTY THE QUEEN

Respondent

RESPONSE TO REQUEST TO ADMIT

TEPLITSKY, COLSON LLP
Barristers
70 Bond Street, Suite 200
Toronto, ON M5B 1X3

Martin Teplitsky, Q.C.
Tel.: (416) 365-9320
Fax: (416) 365-7702

Lawyers for the Appellant

Q

**THIS IS EXHIBIT "Q"**
**referred to in the affidavit of**
**Laura Alescio**
This 30th day of September, 2011

**Commissioner for Taking Affidavits**



**Department of Justice**
**Canada**

Department of Justice
Tax Law Services
Bank of Canada Building
East Tower, 9th Floor
Room 909
Ottawa, Ontario
K1A 0H8

**Ministère de la Justice**
**Canada**

Section des Services du droit fiscal
Édifice Banque du Canada, Tour Est
234, rue Wellington
Ottawa, Ontario
K1A 0H8

Tel:   (613) 957-4814
Fax:   (613) 941-2293
Email:  Martin.Beaudry@justice.gc.ca

Our File:
Notre dossier:   3-504992

Your File:
Votre dossier:

August 25, 2010

**VIA PRIORITY POST**

Paul Sloan
6041 Fenwood Avenue
Woodland Hills, CA
91367-3117

Dear Sir:

**Re:    SACKMAN, Jeffrey v. H.M.Q.**
**Court File No.: 2002-4824(IT)G**

We are writing with respect to the above noted appeal currently before the Tax Court of
Canada. This appeal involves donation of artwork acquired from you in 1998, 1999 and
2000. We would like to discuss this appeal with you at your earliest convenience. In
particular we believe that your evidence is critical to this appeal and we would like to
discuss your attendance in Toronto, Ontario, to give evidence at the hearing of this
matter.

We look forward to your reply. You may contact the undersigned by telephone or if you
prefer, by email to arrange a telephone discussion.

Yours truly,

Martin Beaudry
Counsel
Tax Law Services

c.c.   CRA

Canadä

R

**THIS IS EXHIBIT "R"**
**referred to in the affidavit of**
**Laura Alescio**
This 30th day of September, 2011

**Commissioner for Taking Affidavits**

**Department of Justice**
**Canada**

Department of Justice
Tax Law Services
Bank of Canada Building
East Tower, 9th Floor
Room 909
Ottawa, Ontario
K1A 0H8

**Ministère de la Justice**
**Canada**

Section des Services du droit fiscal
Édifice Banque du Canada, Tour Est
234, rue Wellington
Ottawa, Ontario
K1A 0H8

Tel:  (613) 957-4814
Fax:  (613) 941-2293
Email:  Martin.Beaudry@justice.gc.ca

Our File:  3-504992
Notre dossier:

Your File:
Votre dossier:

September 13, 2010

**VIA PRIORITY POST**

Paul Sloan
6041 Fenwood Avenue
Woodland Hills, CA
91367-3117

Dear Sir:

Re:  **SACKMAN, Jeffrey v. H.M.Q.**
       **Court File No.:  2002-4824(IT)G**

Further to our telephone conversation held on September 8, 2010, we wish to confirm that you will not travel to Toronto, Ontario, to attend at trial as a witness. As such, the only other way to obtain your testimony at trial will be for us to move before the Tax Court of Canada for an Order for the taking of commission evidence in California.

We understand that you already testified in a similar commission held in California by the Tax Court of Canada in November 2006 in the matter of Artistic Ideas Inc. v. Her Majesty The Queen, 2003-1855(GST)G. We are enclosing with this letter a copy of the transcript of the proceedings for your reference. The evidence we are seeking from you in the present appeal is very similar to the evidence you gave during that commission in 2006.

Yours truly,

Martin Beaudry
Counsel
Tax Law Services

Encl.

c.c.    CRA

Canadä

S