NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Maurice M. Suh, SBN 147485, MSuh@gibsondunn.com
Daniel L. Weiss, SBN 242022, DWeiss@gibsonndunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-6388

ATTORNEYS FOR: Her Majesty The Queen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re Application of: Her Majesty The Queen

Plaintiff(s),

v.

Defendant(s)

CASE NUMBER:

2:13MC144

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Her Majesty The Queen
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Her Majesty The Queen | Applicant |
| Jeffrey Sackman | Appellant In Underlying Foreign Proceeding |
| Paul Sloan | Witness |

April 19, 2013
Date

Sign

Her Majesty The Queen
Attorney of record for or party appearing in pro per

CV-30 (04/10)        NOTICE OF INTERESTED PARTIES