```
MAURICE SUH, SBN 147485
   msuh@gibsondunn.com
DANIEL WEISS, SBN 242022
   dweiss@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Applicant,
Her Majesty The Queen
```

ORIGINAL
FILED
CLERK, U.S. DISTRICT COURT
APR 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*In re* Application of:

Her Majesty The Queen,

          Applicant,

For the Issuance of a Subpoena for the Taking of a Deposition In A Foreign Proceeding Pursuant to 28 U.S.C. § 1782

CASE NO. 2:13 MC144

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 FOR THE ISSUANCE OF A SUBPOENA TO PAUL SLOAN FOR THE TAKING OF A DEPOSITION FOR USE IN A FOREIGN PROCEEDING**



LODGED
CLERK, U.S. DISTRICT COURT
APR 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Gibson, Dunn &
Crutcher LLP

# [PROPOSED] ORDER

Upon review of Her Majesty The Queen's *Ex Parte* Application For An Order Under 28 U.S.C. § 1782 For the Issuance Of A Subpoena To Paul Sloan For The Taking Of A Deposition For Use In A Foreign Proceeding, as well as the declarations and evidence in support thereof:

IT IS HEREBY ORDERED that good cause exists and the *ex parte* application is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue the subpoena attached as Exhibit A to the Declaration of Daniel L. Weiss.

IT IS SO ORDERED.

Dated: *April 22*, 2013

_____
Carla M. Woehrle
Magistrate Judge
District Court of the Central District of California

Gibson, Dunn & Crutcher LLP

1